**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 17-04982 |
| Russell B. Hart, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: December 1, 2017 |
| | ) | Hearing Time: 11:00 a.m. |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Elizabeth C. Berg, Trustee, hereby certify that I caused a true and correct copy of the attached **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) (Dkt. Entry No. 33)**, to be served on the debtor, Russell B. Hart, at 3103 Greenwood Lane, Saint Charles, Illinois 60175 via first class mail, with postage prepaid on November 2, 2017.

/s/Elizabeth C. Berg, Trustee
Elizabeth C. Berg, Trustee
20 N. Clark St. #200
Chicago, IL 60602
(312) 726-8150