UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Hart, Russell B. §   Case No. 17-04982
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,100.00 (Without deducting any secured claims) | Assets Exempt: $606,400.00 |
| Total Distributions to Claimants: $8,499.00 | Claims Discharged Without Payment: $722,601.14 |
| Total Expenses of Administration: $4,001.00 | |

3) Total gross receipts of $12,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $581,085.11 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $4,001.00 | $4,001.00 | $4,001.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $731,100.14 | $18,432.24 | $18,432.24 | $8,499.00 |
| **TOTAL DISBURSEMENTS** | $1,312,185.25 | $22,433.24 | $22,433.24 | $12,500.00 |

4) This case was originally filed under chapter 7 on 02/21/2017. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 02/20/2018           By : /s/ Elizabeth C Berg
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 2003 GMC Suburban | 1129-000 | $341.00 |
| 2008 Mercedes E350 | 1129-000 | $390.00 |
| 2007 Nissan Murano | 1129-000 | $2,779.00 |
| Shotguns | 1129-000 | $634.00 |
| Rolex watch | 1129-000 | $731.00 |
| Potential Claim against Debtor under Right of Married Persons Act | 1241-000 | $7,625.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Selene Finance | | $581,085.11 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$581,085.11** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $2,001.00 | $2,001.00 | $2,001.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,001.00 | $4,001.00 | $4,001.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | Discover Bank Discover Products | 7100-000 | $18,432.24 | $18,432.24 | $18,432.24 | $8,499.00 |
| | C&L Family Limited Partnership | | $41,226.38 | NA | NA | $0.00 |
| | Cannon | | $121,962.32 | NA | NA | $0.00 |
| | Linnea Gage | | $785.90 | NA | NA | $0.00 |
| | Mindy Hofstetter, Patrick | | $135,055.25 | NA | NA | $0.00 |
| | Neo Post | | $8,600.00 | NA | NA | $0.00 |
| | Ridgestone Bank | | $374,936.00 | NA | NA | $0.00 |
| | The Private Bank | | $5,100.00 | NA | NA | $0.00 |
| | US Bank | | $7,684.16 | NA | NA | $0.00 |
| | US Bank | | $547.89 | NA | NA | $0.00 |
| | US Bank | | $16,300.00 | NA | NA | $0.00 |
| | VISA | | $470.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $731,100.14 | $18,432.24 | $18,432.24 | $8,499.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 17-04982 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Hart, Russell B. | | Date Filed (f) or Converted (c): 02/21/2017 (f) |
| | | 341(a) Meeting Date: 03/20/2017 |
| For Period Ending: 02/20/2018 | | Claims Bar Date: 08/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 3103 Greenwood Lane | 600,000.00 | 0.00 | | 0.00 | FA |
| 2. 2003 GMC Suburban | 1,500.00 | 500.00 | | 341.00 | FA |
| 3. 2008 Mercedes E350 | 5,000.00 | 600.00 | | 390.00 | FA |
| 4. 2007 Nissan Murano | 4,200.00 | 4,000.00 | | 2,779.00 | FA |
| 5. One bedroom set, 3 beds, dining room table/chairs, kitchen table/chairs, 2 couches, 1 crdenza, 1 desk, pool table, 3 refrigerators, pin pong table. | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. 3 TVs, stereo, home computer, Laptop, cell phone, Xbox, pinball machine | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Shotguns | 3,000.00 | 975.00 | | 634.00 | FA |
| 8. Rolex watch | 5,600.00 | 731.00 | | 731.00 | FA |
| 9. Checking - #5029 ICAN/The Private Bank | 600.00 | 0.00 | | 0.00 | FA |
| 10. 100 per cent ownership of CPR Printing, Inc. f/k/a TIZ, Inc., Corporate assets have fair market value less that secured debt therefore stock of corporation has no value. 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies - Lincoln - Russell Hart | 0.00 | 0.00 | | 0.00 | FA |
| 12. CPR Printing, Inc. Secured claim of Ridgestone Bank exceeds value of assets. % | 0.00 | 0.00 | | 0.00 | FA |
| 13. Potential Claim against Debtor under Right of Married Persons Act against unscheduled property (u) | 0.00 | 11,000.00 | | 7,625.00 | FA |

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-04982 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Hart, Russell B. | | | Date Filed (f) or Converted (c): | 02/21/2017 (f) |
| | | | | 341(a) Meeting Date: | 03/20/2017 |
| For Period Ending: | 02/20/2018 | | | Claims Bar Date: | 08/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 624,400.00 | 17,806.00 | | 12,500.00 | 0.00 |

Re Prop. #2   Settled with Debtor for recovery of non-exempt equity per order 8/11/17 [dkt 28]
Re Prop. #3   Settled with Debtor for recovery of non-exempt equity per order 8/11/17 [dkt 28]
Re Prop. #4   Settled with Debtor for recovery of non-exempt equity per order 8/11/17 [dkt 28]
Re Prop. #7   Settled with Debtor for recovery of non-exempt equity per order 8/11/17 [dkt 28]
Re Prop. #8   Settled with Debtor for recovery of non-exempt equity per order 8/11/17 [dkt 28]
Re Prop. #13  Settled with Debtor for recovery of non-exempt equity per order 8/11/17 [dkt 28]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 19, 2018: Trustee's Final Report was approved and Trustee disbursed funds on hand. Trustee is in the process submitting her Distribution Report to the UST and expects the case to close shortly thereafter.

September 30, 2017: Trustee recovered funds on account of miscellaneous personal property. Trustee reviewed claims and submitted final report to UST. Following final hearing and approval of TFR, TR will distribute and proceed to close case.

**Initial Projected Date of Final Report(TFR):** 12/31/2017    **Current Projected Date of Final Report(TFR):** 12/31/2017

**Trustee's Signature**   /s/Elizabeth C Berg    **Date:** 02/20/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04982 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Hart, Russell B. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5328 Checking Account |
| Taxpayer ID No: | **-***0811 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/20/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | | Russell B. Hart<br>3103 Greenwood Lane<br>Saint Charles, IL 60175 | Settlement - Various Personal Property Items per order 8/11/17 [dkt 28] | | 12,500.00 | | 12,500.00 |
| | [2] | | Equity in 2003 GMC Suburban  341.00 | 1129-000 | | | |
| | [3] | | Equity in 2008 Mercedes E350  390.00 | 1129-000 | | | |
| | [4] | | Equity in 2007 Nissan Murano  2,779.00 | 1129-000 | | | |
| | [7] | | Equity in Shotguns  634.00 | 1129-000 | | | |
| | [8] | | Equity in Rolex Watch  731.00 | 1129-000 | | | |
| | [13] | | Equity in Potential Claim against Debtor under Right of Married Persons Act against unscheduled property  7,625.00 | 1241-000 | | | |
| 12/04/2017 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 2,000.00 | 10,500.00 |
| 12/04/2017 | 51002 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee's Attorneys Fees Allowed Per Court Order Dated December 1, 2017 | 3110-000 | | 2,001.00 | 8,499.00 |
| | | | | Page Subtotals | 12,500.00 | 4,001.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04982 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Hart, Russell B. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5328 Checking Account |
| Taxpayer ID No: | **-***0811 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/20/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | 51003 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 46.11% to Claim #00001 | 7100-000 | | 8,499.00 | 0.00 |

| | | Page Subtotals | 0.00 | 8,499.00 |
|---|---|---|---|---|
| | | **COLUMN TOTALS** | 12,500.00 | 12,500.00 |
| | | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | | **SUBTOTALS** | 12,500.00 | 12,500.00 |
| | | Less: Payments to Debtors | | 0.00 |
| | | **Net** | 12,500.00 | 12,500.00 |

| | | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 12,500.00 | | | | | |
| All Accounts Gross Disbursements: | 12,500.00 | | ******5328 Checking Account | 12,500.00 | 12,500.00 | |
| All Accounts Net: | 0.00 | | **Net Totals** | 12,500.00 | 12,500.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 8)                                                            **Exhibit 9**